MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
SHAZZI FELSTEIN,                 :
                                 :
            Plaintiff,           :
                                 :
    - v. -                       :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 6829 (WHP)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:   New York, New York
         December 19, 2007

By: /s/ Wendy Brill
WENDY BRILL, ESQ.
9 Murray Street,
 Suite 4 West
New York, New York  10007
Telephone No.:(212) 608-4100

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: /s/ John E. Gura Jr.
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-0378
John.Gura@usdoj.gov

The Clerk of the Court is directed to mark this case closed.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE